# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**459**

**KA 11-01223**

PRESENT: SMITH, J.P., CARNI, LINDLEY, SCONIERS, AND DEJOSEPH, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                               MEMORANDUM AND ORDER

BRIAN L. PATTERSON, DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (MARY P. DAVISON OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (STEPHEN X. O'BRIEN OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Monroe County (Joseph D. Valentino, J.), rendered April 8, 2011. The judgment convicted defendant, upon a jury verdict, of assault in the second degree and criminal contempt in the first degree.

It is hereby ORDERED that said appeal is unanimously dismissed.

Same memorandum as in *People v Patterson* ([appeal No. 2] ___ AD3d ___ [May 1, 2015]).

Entered: May 1, 2015                         Frances E. Cafarell
                                             Clerk of the Court